**No. P67/99.**—Buckley Mfg. Co. and Harper, Robinson & Co. et al. *v.* United States, protests 60/19645, etc. (San Francisco).

**No. P67/100.**—The Luro Products Company, Inc. *v.* United States, protest 63/22604 (New York).

OLIVER, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of electric motors similar in all material respects to those the subject of *James G. Wiley Co., a/c Ungar Electric Tools, Inc.* v. *United States* (49 Cust. Ct. 199, Abstract 66961), the claim of the plaintiffs was sustained.

BEFORE THE SECOND DIVISION, APRIL 10, 1967

**No. P67/101.**—Smith Wolff Co., Inc. *v.* United States, protests 60/28259 and 60/28260 (New York).

RAO, C. J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of hose nozzles similar in all material respects to those the subject of *United States* v. *Lipman's* (52 CCPA 59, C.A.D. 859), the claim of the plaintiff was sustained.

**No. P67/102.**—Omscolite Imports Co. et al. *v.* United States, protests 62/9700, etc. (Philadelphia).

FORD, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of earphones similar in all material respects to those the subject of *Motorola, Inc., and International Expediters, Inc.* v. *United States* (54 Cust. Ct. 303, Abstract 69019), the claim of the plaintiffs was sustained.

**No. P67/103.**—Dumont Handkerchief, Inc., et al. *v.* United States protests 65/14571, etc. (New York).

FORD, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of silk handkerchiefs similar in all material respects to those the subject of *Ashear, Bros., Inc.* v. *United States* (55 Cust. Ct. 238, C.D. 2582), the claim of the plaintiffs was sustained.